IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:

NICOLE M. BROWN,  　　　　　　　　　　　Case No. 22-10289 MMH
　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor

_____


BLAIR JOHNSON,

　　　　Movant
　v.

NICOLE M. BROWN

　　　　Respondent

_____

### MOTION SEEKING RELIEF FROM AUTOMATIC STAY
### TO ALLOW FORECLOSURE OF PROPERTY
**(4502 Frederick Avenue, Baltimore, MD 21229)**

Blair Johnson ("Movant"), by his undersigned counsel, pursuant to 11 U.S.C. §§ 362(d), files this motion seeking relief from the automatic stay of 11 U.S.C. § 362(a) so that he may foreclose on that real property owned by the debtor in the above-captioned case (the "Motion"). In support of the Motion, Movant states as follows:

**Background**

1.　Nicole M. Brown, the debtor in the above-captioned case (the "Debtor"), commenced this proceeding by filing a petition under Chapter 13 of the Bankruptcy Code on January 21, 2022 (the "Petition Date").

2.　Prior to the Petition Date, on September 15, 2016, the Debtor executed a short term note in favor of Movant in the principal amount of $57,500.00 (the "Note"). A true and correct

copy of the Note is attached hereto as ***Exhibit A***, and is incorporated herein by reference.

3. The Debtor's obligations under the Note are secured by a deed of trust and assignment of rents, duly recorded among the Land Records of Baltimore City, Maryland (the "Deed of Trust"), encumbering that real property owned by Debtor known as 4502 Frederick Avenue, Baltimore, Maryland 21229 (the "Property"). A true and correct copy of the Deed of Trust is attached hereto as ***Exhibit B***, and is incorporated herein by reference.

4. On January 15, 2017, the Note matured and became fully due and payable.

5. As of the Petition Date, the balance due and owing to Movant on the Note was $40,694.19. In support of the foregoing, Movant filed its proof of claim on March 31, 2022 (Claim No. 9).

6. On February 28, 2023, this Court entered an Order confirming the Debtor's Fourth Amended Chapter 13 Plan [Paper No. 53] (the "Confirmation Order").

7. The Debtor's Fourth Amended Chapter 13 Plan (the "Plan") [Paper No. 50] provides that the Movant's claim will be paid through the Plan with interest.

8. The Debtor has failed to make all the necessary Plan payments to the Chapter 13 Trustee.

9. Specifically, the Debtor's last payment to the Trustee was on August 25, 2023; The Debtor is $3,599.00 behind with payments, or 2.57 payments behind with her plan payments.

## **Argument**

10. Sufficient cause exists warranting relief from the automatic stay imposed by 11 U.S.C. § 362(a) so as to enable Movant to foreclose on the Property. "Failure to make post-confirmation payments can constitute cause for lifting the stay." *In re Radney*, 68 B.R. 444, 445 (Bankr. MD. Ga 1987). "The issues of adequate protection and equity in the property are irrelevant

in the face of post-confirmation payment defaults because creditors are entitled to rely on the debtor's responsibilities to make their post-confirmation payments." *In re Davis,* 64 BR 358, 359-60 (Bankr. SD. NY. 1986).

11. As required by Local Bankruptcy Rule 9013-2, Movant hereby states that no memorandum will be filed and that it will rely solely upon this Motion.

**WHEREFORE**, Movant respectfully requests this Court to enter an Order:

(A) Lifting the automatic stay imposed by 11 U.S.C. §§ 362(a) to allow Movant to foreclose on the Property; and

(B) Granting such other and further relief as equity and justice may require.

    /s/ Scott R. Robinson
Scott R. Robinson, Bar No. 10184
Hofmeister, Robinson & DiPietro
11350 McCormick Road,
Executive Plaza II, Suite 601
Hunt Valley, Maryland 21031
(410) 832-8822 Telephone
(410) 832-8833 Facsimile
scottr@hrdlawyers.com

*Counsel for Blair Johnson*

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 30th day of October, 2023, a copy of the foregoing Motion Seeking Relief from Automatic Stay and Notice of Motion were served on the parties listed below by first-class mail, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Nicole M. Brown
4502 Frederick Avenue
Baltimore, MD 21229
*(Debtor)*
*Via First-Class U.S. Mail*

Jeffrey M. Sirody, Esq.
Jeffrey M. Sirody and Associates, P.A.
1777 Reisterstown Road,
Suite 360 E
Baltimore, MD 21208
*(Attorney for Debtor)*
*Via CM/ECF*

Brian A. Tucci
PO Box 1110
 Millersville, MD 21108
*(Trustee)*
*Via CM/ECF*

    /s/  Scott R. Robinson
    Scott R. Robinson